JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-03689-GAF (CTx) | Date | October 13, 2009 |
|---|---|---|---|
| Title | Ulises M. Linares et al v. JPMorgan Chase Bank, National Association | | |

| Present: The Honorable | **GARY ALLEN FEESS, United States District Judge** |
|---|---|

| Renee Fisher | None | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**        **(In Chambers)**

Plaintiff filed a Complaint with this Court on May 22, 2009.

On August 27, 2009, the Court issued an Order to Show Cause RE: Lack of Prosecution in light of the Plaintiff's apparent failure to file a Proof of Service. The Order specifically warned Plaintiff that the Court could dismiss this action 120 days after the filing of the Complaint as dictated by F.R.C.P. 4(m) if good cause was not shown for any extension of time. Plaintiff was to respond to the Court's Order to Show Cause no later than April 20, 2008. To date, however, no proof of service or response to the Court's Order has been filed with this Court.

Accordingly, the Court hereby dismisses the action without prejudice for lack of prosecution and for failure to respond to the Court's Order to Show Cause.

IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Preparer | rf |